**Archer-Daniels-Midland Company, Plaintiff-Appellant, v. Norman E. Hulcher, Defendant-Appellee.**

Gen. No. 10,347. 

Third District.
September 6, 1961.

VanMeter & Oxtoby, of Springfield, Boland & Delahunty, of Decatur (Lee Boland of Decatur and Robert B. Oxtoby of Springfield, of counsel) for appellant; Robert & Kepner, of Springfield, for appellee. Opinion by JUSTICE CARROLL. **Not to be published in full.**